United States District Court
Southern District of Texas
**ENTERED**
July 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| PEGGY BECKER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:24-CV-139 |
| | § | |
| ANTONIO AGUIRRE IBARRA, LLC *et al.* | § § § | |

## **ORDER**

On July 30, 2025, Plaintiff filed a Mediation Memorandum. (Dkt. No. 23). As part of that memorandum, Plaintiff notified the Court that the parties completed mediation successfully and that "the parties have settled the claim which gave rise to the cause" of action. (*Id.* at 1). However, pursuant to Local Rule 16.4.J, the parties were required to file their mediation memorandum "jointly." S.D. Tex. L.R. 16.4.J. Accordingly, Plaintiff filing the mediation memorandum individually does not comply with the local rules. Additionally, Plaintiff failed to include information that is required in filing a mediation memorandum. *Id.* ("the parties jointly must file a memorandum in the case stating . . . the type of case . . . and the fess paid to the ADR provider.").

Accordingly, the Court **ORDERS** the parties to file a joint post-mediation memorandum that complies with Local Rule 16.4.J **no later than August 11, 2025.**

(signature on next page)

1

IT IS SO **ORDERED**.

**SIGNED** this 30th day of July, 2025.

                                                      Christopher dos Santos
                                                     United States Magistrate Judge