IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS,
LAREDO DIVISION

| | |
|---|---|
| PEGGY BECKER,<br>    Plaintiff | §<br>§<br>§<br>§   CASE NO.: 5:24-CV-139<br>§<br>§<br>§<br>§<br>§<br>§ |
| VS. | |
| ANTONIO AGUIRRE IBARRA, LLC,<br>ET AL.<br>    Defendants | |

## JOINT MEDIATION REPORT

NOW COME the parties in the above-styled cause, and notify the Court of completion of mediation on this cause. The parties mediated with Alison Haynes of Trevino & Haynes on July 28, 2025. The parties have settled the claim which gave rise to the cause of action. The type of case was a motor vehicle collision. The mediator charged each party $750.00 for a total cost of $1,500.00. The parties ask that the case be removed from the trial docket pending final closing.

Respectfully submitted,

The Law Firm of Oscar A. Garza, P.L.L.C.

_____
Daivd G. Gutierrez
E-mail: dgutierrez@oscargarzalaw.com
ATTORNEYS FOR PLAINTIFF


The Law Firm of Oscar A. Garza, P.L.L.C.

_____
Marco A. Jilpas
E-mail: mjilpas@hodgejames.com
ATTORNEYS FOR DEFENDANTS