United States District Court
Southern District of Texas
**ENTERED**
August 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| PEGGY BECKER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:24-CV-139 |
| | § | |
| ANTONIO AGUIRRE IBARRA, LLC *et al.* | § § § | |

## ORDER ON CLOSING DOCUMENTS

Before the Court is the parties' Joint Mediation Report. (Dkt. No. 25). In the report, the parties notified the Court that they "have settled the claim which gave rise to the cause of action." (*Id.* at 1).

As a result of the settlement agreement reached between the parties, the Court **ORDERS** the parties to file closing documents that are in compliance with Fed. R. Civ. P. 41 (e.g., a stipulated dismissal signed by counsel for all parties or agreed Rule 41(a)(2) motion to dismiss) by **September 18, 2025**. In the event the parties are not able to finalize the closing documents within that time, they must file a motion to extend the deadline with a showing of good cause.

Additionally, the Court **TERMINATES** all active court settings and deadlines.

IT IS SO **ORDERED**.

**SIGNED** on this 4th day of August, 2025.

Christopher dos Santos
United States Magistrate Judge