United States District Court
Southern District of Texas
**ENTERED**
August 26, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **PEGGY BECKER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:24-CV-00139** |
| § | |
| **ANTONIO AGUIRRE IBARRA LLC,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

On August 21, 2025, Plaintiff Peggy Becker and Defendants Antonio Aguirre Ibarra, LLC, Antonio Aguirre Ibarra, and Agustin Rodriguez Palomo filed a self-effectuating Joint Stipulation of Dismissal with Prejudice. (Dkt. 27.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Stipulation—signed by counsel for all Parties—notifies the Court that the parties have reached a settlement, and the case is dismissed with prejudice. (Dkt. 27 at 1); *see* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this August 26, 2025.

_____
Diana Saldaña
United States District Judge